# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAMOS,<br><br>                    Plaintiff,<br><br>v.<br><br>FRY'S ELECTRONICS, INC.,<br><br>                    Defendant. | Case No.: 17cv2320-MMA (BLM)<br><br>**ORDER RE: DISMISSAL**<br><br>[Doc. No. 8] |

Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this matter in its entirety. Plaintiff Aaron Ramos' individual claims are dismissed with prejudice. The claims brought by the Putative Class, as alleged in the complaint, are dismissed without prejudice. Each party will bear their own costs and attorneys' fees.

**IT IS SO ORDERED**.

DATE: May 16, 2018

_____
HON. MICHAEL M. ANELLO
United States District Judge